# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

VENICE PI, LLC,

                Plaintiff,

v.

TONJA LAIBLE, et al.,

                Defendants.

C17-1163 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to enforce subpoena, docket no. 19, is GRANTED in part and DENIED in part, as follows. Defendant Doe 9 may proceed anonymously until further order of the Court. The Internet Service Provider ("ISP") for Internet Protocol ("IP") address 71.238.3.70 shall send material responsive to the subpoena at issue in an envelope prominently marked "CONFIDENTIAL SUBSCRIBER INFORMATION - TO BE FILED UNDER SEAL," addressed to the Clerk of the United States District Court for the Western District of Washington, United States Courthouse, 700 Stewart Street, Seattle, WA 98101. The ISP shall **not** disclose such material to plaintiff's counsel.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record. Plaintiff's counsel is directed to serve a copy of this Minute Order on the ISP.

Dated this 2nd day of November, 2017.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1