November 20, 2018

Mr. David A. Lowe

Lowe Graham Jones PLLC

701 Fifth Avenue, Suite 4800

Seattle, WA  98104

      Re:    Venice PI, LLC v. Defendant Randy Patterson, et al

             Civil Action No. 17-cv-1163TSZ

Dear Mr. Lowe,

    I am writing this letter in response to the copy of the Response to Show Cause Order I received in the mail on November 19, 2018.  I am not currently represented by an attorney and I request that I be provided with formal written notice of any intent to take a default judgment against me following the court's findings on your Response to the Court's Minute Order of October 19, 2018 wherein it "required Plaintiff to show cause why the defaults entered in this matter should not be vacated and Plaintiff's claims against Defendants dismissed for failure to state a claim for copyright infringement."  Thus far, I have not been provided with a formal Notice of Intent to Apply for Default Judgment allowing the appropriate written time to respond if necessary.

    I am a bit confused by this lawsuit as I have no knowledge of even how to copyright or distribute an unauthorized copy as set forth in the Complaint and Amended Complaint.  I previously wrote a letter indicating this when I first received a copy of the original Complaint.  I did not ever receive any acknowledgment of that letter from your office.  After the fact, I had received a copy of a document wherein my name was not listed in the caption, so I thought I had just received a courtesy copy, but that I was no longer a party.  Then I received a copy of Plaintiff's Response to Show Cause Order.  I am a lay man, not an attorney, and I thought the complaint against me was in error because I have no knowledge of how to do what is set forth in the Complaint.  I am an owner operator of a transmission business.  This is the only location of my computer IP address, which I use for business purposes.  I do not have the equipment or knowledge of how to do copyright or distribution, nor do I have any intent or desire to do so.

I object to the Response to Show Cause Order asking the court to not dismiss the case and asking that it be allowed to proceed. I would request that I be dismissed from this action as a party. At the very least, I would like notice of any intent to file for default judgment so that I may properly defend my position.

Thank you.

Randy L. Patterson

cc:   The Honorable Thomas S. Zilly
      United State Courthouse
      700 Stewart Street, Suite 15229
      Seattle, WA  98101-9906

Randy L. Patterson
13200 NE Fourth Plain Road
Vancouver, WA 98682

ADDRESS SERVICE REQUESTED

PORTLAND OR 972
20 NOV 2018 PM 6 L

98101-445304

The Honorable Thomas S. Zilly
United State Courthouse
700 Stewart Street, Suite 15229
Seattle, WA 98101-9906