UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>RANDY PATTERSON,<br><br>            Defendant. | C17-1163 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion, docket no. 62, to dismiss without prejudice its claims against defendant Randy Patterson is GRANTED.

(2) The Clerk is DIRECTED to close this case and to send a copy of this Minute Order to all counsel of record and to defendant pro se Randy Patterson.

Dated this 14th day of June, 2019.

                                                   William M. McCool
                                                   Clerk

                                                   s/Karen Dews
                                                 Deputy Clerk

MINUTE ORDER - 1